(79 South. 598)

NICHOLS v. HARDEGREE.    (7 Div. 845.)

(Supreme Court of Alabama.   June 27, 1918.)

APPEAL AND ERROR ⬥⟿753(2) — FAILURE TO ASSIGN ERRORS — AFFIRMANCE — RULE OF COURT.

Under Supreme Court Practice Rules, No. 1 (20 South. iv), appellant's failure to assign any errors requires affirmance.

Appeal from Circuit Court, Clay County; Hugh D. Merrill, Judge.

Action between J. T. Nichols and R. M. Hardegree. From judgment for the latter, the former appeals.   Affirmed.

Lackey & Rowland, of Ashland, for appellant.  Merrill & Cornelius, of Ashland, for appellee.

McCLELLAN, J.   The failure of the appellant to assign any errors requires the affirmance of the judgment below.  Rule 1, Supreme Court Prac. (20 South. iv); Civil Code, p. 1506; Pettibone v. Bank, 156 Ala. 666, 46 South. 751; Amerson v. Corona Coal Co., 194 Ala. 175, 69 South. 601; Kinnon v. L. & N. R. R. Co., 187 Ala. 480, 65 South. 397; Dickens v. Dickens, 174 Ala. 345, 56 South. 809; Brahan v. Collins, Minor, 169; Chavers v. Mayo, ante, p. 128, 79 South. 594. Affirmed.

ANDERSON, C. J., and MAYFIELD and THOMAS, JJ., concur.